Paul J. Couchot – State Bar No. 131934
Sean A. O'Keefe –State Bar No. 122417
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Counsel for Composite Technology

[Proposed] General Insolvency Counsel for
Debtor and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>COMPOSITE TECHNOLOGY<br>CORPORATION, a Nevada corporation,<br><br><br>        Debtor and<br>        Debtor-in-Possession. | Case No. 8:11-bk-15058-TA<br><br>Chapter 11 Proceedings<br><br>**ORDER GRANTING DEBTOR'S**<br>**EMERGENCY MOTION FOR ORDER**<br>**AUTHORIZING JOINT ADMINISTRATION**<br>**OF CHAPTER 11 CASES**<br><br>[No Hearing Set] |

FILED & ENTERED

APR 12 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

1  On April 12, 2011, Composite Technology Corporation, a Nevada corporation, the debtor

2  and debtor-in-possession herein ("Debtor"), filed its Emergency Motion for Order Authorizing

3  Joint Administration of Related Chapter 11 Cases ("Motion").

4  The Court having read and considered the Motion, the Declaration of Paul J. Couchot

5  ("Couchot Declaration") in support thereof, and the Court having found that good cause exists

6  for granting the Motion, without notice or hearing, and good cause appearing therefor, it is

7  hereby

8  **ORDERED** that:

9  1.  The Motion is granted.

10  2.  The Chapter 11 cases of the following debtors shall be jointly administered

11  pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure:

12  (a)  Composite Technology Corporation, a Nevada corporation ("CTC"), Case

13  No.  8:11-bk-15058 TA;

14  (b)  CTC Cable Corporation, a Nevada corporation, ("Cable"),

15  Case No.  8:11-bk-15059 TA; and

16  (c)  Stribog, Inc., a Nevada corporation, ("Stribog"),

17  Case No.  8:11-bk-15065 TA.

18  CTC, Cable and Stirbog are collectively referred to as the "Debtors."

19  3.  Joint administration of the Chapter 11 cases shall include, without limitation, the

20  following:

21  (a)  the use of a single docket (In re Composite Technology Corporation, Case

22  No.  8:11-bk-15058 TA) for administrative matters, including a listing of

23  claims filed, and the filing, lodging and docketing of all pleadings, orders;

24  (b)  the combining of notices to creditors and parties-in-interest;

25  (c)  the joint scheduling of hearings on proceedings in the cases; and

26  (d)  the combining of financial reporting and reporting to the Office of the

27  United States Trustee by the Debtors.

28

Order#38590#e60aa93e-e60a-4143-99f4-83ffeb1377f2.doc

1     4.     Notice of the joint administration of the estates shall be separately filed and

2     docketed in each of the Debtors' cases, and shall be served on all creditors and

3     parties-in-interest in each case in substantially the form of the proposed notice

4     attached as Exhibit "2" to the Couchot Declaration filed in support of the Motion.

5     ####

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   DATED: April 12, 2011

_____
United States Bankruptcy Judge

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as:  **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** _will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 12, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Michael J Hauser    michael.hauser@usdoj.gov
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

Honorable Theodor Albert
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5085
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 12, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

Order#38590#e60aa93e-e60a-4143-99f4-83ffeb1377f2.doc

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 12, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Paul J. Couchot – pcouchot@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

Order#38590#e60aa93e-e60a-4143-99f4-83ffeb1377f2.doc