Paul J. Couchot – State Bar No. 131934
 pcouchot@winthropcouchot.com
Sean A. O'Keefe –State Bar No. 122417
 sokeefe@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
Counsel for Composite Technology

[Proposed] General Insolvency Counsel for Debtors and Debtors-in-Possession

FILED & ENTERED

MAY 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

In re:

☒ COMPOSITE TECHNOLOGY CORPORATION, a Nevada corporation,

☒ CTC CABLE CORPORATION, a Nevada Corporation,

☒ STRIBOG INC., a Nevada corporation,

Debtors and Debtors-in-Possession.

Case No. 8:11-bk-15058 SC

Jointly Administered with Case Nos. 8:11-bk-15059 SC and 8:11-bk-15065 SC

Chapter 11 Proceedings

**INTERIM ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING USE OF CASH IN THE ORDINARY COURSE; AND (2) AUTHORIZING USE OF ANY EXISTING AND HEREAFTER COLLECTED CASH COLLATERAL; AND (3) SETTING A FINAL HEARING ON THE MOTION**

DATE:    April 14, 2011
TIME:    11:00 a.m.
PLACE:   Courtroom 5C

Order#51020#1fdfa0b1-2e26-4c46-a697-79ea2fcedc9c

On April 14, 2011 a hearing was held on that certain *Motion For Order (1) Authorizing Use Of Cash In The Ordinary Course; And (2) Authorizing Any Existing And Hereafter Collected Cash Collateral* (the "Cash Motion") filed by Composite Technology Corporation, a Nevada corporation ("CTC"), CTC Cable Corporation, a Nevada corporation ("CTC Cable"), and Stribog, Inc., a Nevada corporation ("Stribog"), the jointly administered debtors and debtors-in-possession in the above-captioned Chapter 11 proceedings (collectively, the "Debtors"). The following parties appeared at the hearing on the Motions: Paul J. Couchot and Sean A. O'Keefe from Winthrop Couchot, P.C. appeared on behalf of the Debtors; Leo Plotkin from Levy, Small & Lallas appeared on behalf of Partners For Growth II, LP, a secured creditor ("PFG"); Robbin Itkin of Steptoe & Johnson, LLP appeared on behalf of Jones Day, an unsecured creditor; Robert Goe from Goe & Forsythe appeared on behalf of eleven separate unsecured creditors, and Michael Hauser appeared on behalf of the Office of the United States Trustee..

Based upon the Motions, the declarations filed in support thereof and for other good and adequate cause, it is hereby

**ORDERED** that:

A) The Debtors are authorized to expend five hundred thousand dollars ($500,000) of corporate funds between April 14, 2011 and including April 27, 2011, to pay the Wage Obligations due and payable on April 15, 2011, as defined in the Payroll motion, and to pay ordinary course post-petition vendor related charges and expenses, subject to the following limitation. No payment shall be made to "insiders" of the Debtors, as that term is defined in 11 U.S.C. § 101(31), until such insiders' compensation has been approved in accordance Local Bankruptcy Rule 2014-1(a);

B) The Court is not making any findings regarding whether or not the funds received by the Debtors from the Escrow referenced in the Cash Motion constitute cash collateral (the "Released Funds"). However, in order to adequately protect PFG's interest in the Released Funds, if and to the extent such funds are determined to be cash collateral, PFG shall be granted a replacement lien on any collateral of the Debtors, which may or may not include deposit accounts.

1 | This lien shall have the same extent, validity and priority as any lien rights that the Court
2 | determines that PFG held in the Released Funds prepetition pursuant to further order of the Court;
3 |    C) Winthrop Couchot, P.C. shall transfer the funds that it is holding in trust for
4 | the benefit of the Debtors, which were estimated at the hearing to be in the approximate amount of
5 | four hundred and fifty thousand dollars ($450,000), to the Debtors' newly opened debtor-in-
6 | possession account;
7 |    D) The Debtors shall transfer the funds that they are currently holding at Bank
8 | of America estimated at the hearing to be approximately one hundred and eighty five thousand
9 | dollars ($185,000) to the Debtors newly opened debtor-in-possession account;
10 |    E) Any professionals, including but not limited to, Winthrop Couchot
11 | Professional Corporation and Knobbe Martins, Olson & Bear, LLP, that have received and are
12 | holding funds of the Debtors, as a retainer for future services, shall maintain such funds in a trust
13 | account and shall not draw down on the same except pursuant to and in accordance with an order
14 | approving such professional's employment in the Debtors' cases;
15 |    F) The parties shall have the right to take reasonable discovery prior to the
16 | final hearing on the Cash Motion; and
17 |    G) A final hearing on the Cash Motion is set for April 27, 2011 at 10:00 a.m.
18 | Any additional briefs regarding the Cash Motion shall be filed with the Court and served via email,
19 | on or before April 25, 2011.
20 |          ###

DATED: May 5, 2011

_____
United States Bankruptcy Judge

-3-

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **INTERIM ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING USE OF CASH IN THE ORDINARY COURSE; AND (2) AUTHORIZING ANY EXISTING AND HEREAFTER COLLECTED CASH COLLATERAL; AND (3) SETTING A FINAL HEARING ON THE MOTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 201_, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 27, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Brett A Axelrod    baxelrod@foxrothschild.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Sean A Okeefe    sokeefe@okeefelc.com
- John H Pentecost    jpentecost@hkclaw.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- 
- Robbin Itkin – ritkin@steptoe.com – Counsel to Jones Day
- Robert P. Goe – rgoe@goeforlaw.com – Parties In Interest
- Debtor – Benton Wilcoxon – bwilcoxon@compositetechcorp.com

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2011 | Susan Connor | /s/ *Susan Connor* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order#51020#1fdfa0b1-2e26-4c46-a697-79ea2fcedc9c

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **INTERIM ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING USE OF CASH IN THE ORDINARY COURSE; AND (2) AUTHORIZING ANY EXISTING AND HEREAFTER COLLECTED CASH COLLATERAL; AND (3) SETTING A FINAL HEARING ON THE MOTION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 27, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Brett A Axelrod    baxelrod@foxrothschild.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sean A Okeefe    sokeefe@okeefelc.com
- John H Pentecost    jpentecost@hkclaw.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

- Robbin Itkin – ritkin@steptoe.com – Counsel to Jones Day
- Robert P. Goe – rgoe@goeforlaw.com – Parties In Interest
- Debtor – Benton Wilcoxon – bwilcoxon@compositetechcorp.com