PAUL J. COUCHOT -- State Bar No. 131934
pcouchot@winthropcouchot.com
GARRICK A. HOLLANDER -- State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>☐ COMPOSITE TECHNOLOGY CORPORATION, a Nevada corporation,<br><br>☐ CTC CABLE CORPORATION, a Nevada corporation,<br><br>☐ STRIBOG INC., a Nevada corporation,<br><br>☐ CTC RENEWABLES CORPORATION, a Nevada corporation,<br><br>☒ All Debtors.<br><br>       Debtors and<br>       Debtors-in-Possession. | Case No. 8:11-bk-15058 SC<br><br>Jointly Administered with Case Nos.<br>8:11-bk-15059 SC and 8:11-bk-15065 SC<br>and 8:11-bk-15130-SC<br>Chapter 11 Proceedings<br><br>**DEBTORS' NOTICE OF PROCEEDING WITH SALE AUCTION**<br><br>DATE:   August 4, 2011<br>TIME:   10:00 a.m.<br>PLACE:  Courtroom 5C<br>        411 W. Fourth St.<br>        Santa Ana, CA |

165214

1     **PLEASE TAKE NOTICE** that, based on the Qualified Bids received by the Debtors for the purchase of substantially all assets of the estate in compliance with the Court's Amended Order Approving Sale Procedures, the Debtors will be proceeding on August 4, 2011 at 10:00 a.m. with the scheduled auction for and approval of the sale of substantially all assets of the Debtors' estates.

DATED: August 3, 2011

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By: /s/ Garrick A. Hollander
    Paul J. Couchot
    Garrick A. Hollander
General Insolvency Counsel for Debtors and
Debtors-in-Possession

-2-

165214

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DEBTORS' NOTICE OF PROCEEDING WITH SALE AUCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 3, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 3, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Debtor:  Benton Wilcoxon, CEO:  bwilcoxon@compositetechcorp

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 3, 2011 | Gretchen Crumpacker | /s/ *Gretchen Crumpacker* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Brett A Axelrod    baxelrod@foxrothschild.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- John R Gotaskie    jgotaskie@foxrothschild.com, mhojdila@foxrothschild.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Garrick A Hollander    ghollander@winthropcouchot.com, gcrumpacker@winthropcouchot.com;pj@winthropcouchot.com
- Robbin L Itkin    ritkin@steptoe.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sean A Okeefe    sokeefe@okeefelc.com
- John H Pentecost    jpentecost@hkclaw.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Leo D Plotkin    lplotkin@lsl-la.com, dsmall@lsl-la.com
- Steven E Rich    srich@mayerbrown.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov